aAO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Manuel Alberto Vega-Palafox,<br>a.k.a.: Eduardo Gastelum Osuna,<br>a.k.a.: Manuel Alberto Vega,<br>(A 070 458 667)<br>*Defendant* | Case No. 16-507MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 13, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Manuel Alberto Vega-Palafox, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about May 8, 2007, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*

René A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 14, 2016

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 13, 2016, Manuel Alberto Vega-Palafox was booked into the Maricopa County Jail (MCJ) by the Surprise Police Department on local charges. While incarcerated at the MCJ, Vega-Palafox was examined by ICE Officer F. Reyes Jr. who determined him to be a Mexican citizen, illegally present in the United States. On the same date an immigration detainer was lodged with the MCJ. On October 13, 2016, Vega-Palafox was released from MCJ and transported to the Phoenix ICE office for further investigation and processing. Vega-Palafox was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Manuel Alberto Vega-Palafox to be a citizen of Mexico and a previously deported criminal alien. Vega-Palafox was removed from the United States to Mexico through Nogales, Arizona, on or about May 8, 2007, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Vega-Palafox in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of

Homeland Security to return to the United States after his removal. Vega-Palafox's immigration history was matched to him by electronic fingerprint comparison.

4. On October 13, 2016, Manuel Alberto Vega-Palafox was advised of his constitutional rights. Vega-Palafox freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 13, 2016, Manuel Alberto Vega-Palafox, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about May 8, 2007, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 14th day of October, 2016.

Michelle H. Burns,
United States Magistrate Judge